# United States Court of Appeals for the Federal Circuit

717 Madison Place, N.W.
Washington, D.C. 20439

| | |
|---|---|
| Jan Horbaly | Phone: (202) 275-8000 |
| Clerk | Fax: (202) 275-9678 |

HAMILTON BEACH V SUNBEAM PRODUCTS, 2012-1581

## Response to Oral Argument Order

Hamilton Beach Brands, Inc. acknowledges that oral argument is scheduled on March 5, 2013 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☒ The individual named below will argue:

| | |
|---|---|
| Name: | Robert M. Tyler |
| Law Firm: | McGuireWoods LLP |
| Address: | 901 E. Cary Street, One James Ctr., Richmond, VA  23219 |
| Phone: | 804.775.7695 |
| Fax: | 804.698.2197 |
| E-Mail: | rtyler@mcguirewoods.com |

Note: In order to argue an appeal, an attorney must enter an appearance (*if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance*) and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE DATE INDICATED ON THE ORDER AND SERVE A COPY ON OPPOSING COUNSEL.**

Upon arrival at the court, please notify court security officers if you are arguing counsel so that you may be screened on a priority basis.

**Please contact Senior Deputy Clerk Karen Smagala Hendrick at (202) 275-8036 if you need assistance.**