# United States Court of Appeals for the Federal Circuit

717 Madison Place, **N.W**.
Washington, D.C. 20439

Jan Horbaly
Clerk

Phone: (202) **275-8000**
Fax: (202) 275-9678

HAMILTON BEACH V SUNBEAM PRODUCTS, 2012-1581

## Response to Oral Argument Order

Sunbeam Products, Inc.  acknowledges that oral argument is scheduled on
March 5, 2013 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**
☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☒ The individual named below will argue:

| | |
|---|---|
| Name: | Richard D. Harris |
| Law Firm: | Greenberg Traurig, LLP |
| Address: | 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 |
| Phone: | 312-456-6610 |
| Fax: | 312-899-0385 |
| E-Mail: | harrisr@gtlaw.com |

Note: In order to argue an appeal, an attorney must enter an appearance (*if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance*) and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE DATE INDICATED ON THE ORDER AND SERVE A COPY ON OPPOSING COUNSEL.**

Upon arrival at the court, please notify court security officers if you are arguing counsel so that you may be screened on a priority basis.

**Please contact Senior Deputy Clerk Karen Smagala Hendrick at (202) 275-8036 if you need assistance.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2013, the Response to Oral

Argument Order was electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which will send a notification of such filing to the following registered

CM/ECF users:

Robert M. Tyler, Esq.
Kristen M. Calleja, Esq.
William N. Federspiel, Esq.
MCGUIRE WOODS
One James Center
901 East Cary Street
Richmond, VA 23219
Email: rtyler@mcguirewoods.com
Email: kcalleja@mcguirewoods.com
Email: wfederspiel@mcguirewoods.com

/s/ Richard D. Harris
Richard D. Harris
Kevin J. O'Shea
Matthew J. Levinstein
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel. 312-456-1039
Fax 312- 456-8435
Email: levinsteinm@gtlaw.com
Email: harrisr@gtlaw.com
Email: osheak@gtlaw.com

Kimberly A. Warshawsky
GREENBERG TRAURIG LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Email: warshawskyk@gtlaw.com

*Attorneys for Defendant-Appellee*
